IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TOCCATA GAMING INTERNATIONAL,
INC., and BIG DADDY GAMES, LLC,

    Plaintiffs,

v.

REEL SPIN STUDIOS, LLC, and GAME
MANAGEMENT CORPORATION,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-600-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the motion for preliminary injunction filed by plaintiffs Toccata Gaming International, Inc. and Big Daddy Games, LLC.

_____    10/20/11
Peter Oppeneer, Clerk of Court        Date