IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOCCATA GAMING INTERNATIONAL,
INC., and BIG DADDY GAMES, LLC,

       Plaintiffs,

v.

REEL SPIN STUDIOS, LLC, and GAME
MANAGEMENT CORPORATION,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 11-cv-600-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the motion for preliminary injunction filed by plaintiffs Toccata Gaming International, Inc. and Big Daddy Games, LLC.

Peter Oppeneer, Clerk of Court        10/20/11
                                                       Date